## J. Litwin, Appellant, v. Halsey, Stuart & Co., Inc., et al., Defendants. R. P. Matthiessen et al., Appellees.

### Gen. No. 42,432.

opinion filed December 19, 1944; released for publication January 4, 1945. Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel; Taylor, Miller, Busch & Boyden, for appellees; John S. Miller, of counsel. Opinion by Justice Friend. **Not to be published in full.**